UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

<table>
<tr><td>DANIA BELLO PUPO,</td><td>)</td></tr>
<tr><td style="text-align:center">Plaintiff,</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>PARK COMMUNITY CREDIT UNION,</td><td>)</td></tr>
<tr><td>NATIONAL CREDIT ADJUSTERS, LLC,</td><td>) Civil Action No.:  3:26-cv-576-DJH</td></tr>
<tr><td>GOLDMAN SACHS GROUP,</td><td>)</td></tr>
<tr><td>EQUIFAX INFORMATION SERVICES, LLC, and</td><td>)</td></tr>
<tr><td>EXPERIAN INFORMATION SOLUTIONS, INC.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td style="text-align:center">Defendants.</td><td>)</td></tr>
</table>

**FILED**
JAMES J. VILT JR,
CLERK
7/29/2026
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## DEFENDANT PARK FEDERAL CREDIT UNION'S NOTICE OF REMOVAL

Defendant Park Federal Credit Union d/b/a Park Community Credit Union ("Park") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

### A.    PROCEDURAL BACKGROUND

1.    On or about July 9, 2026, Plaintiff Dania Bello Pupo ("Plaintiff") filed the Complaint in the Jefferson Circuit Court, Case No. 26-CI-005954 ("State Court Action") alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* against Defendants Park, National Credit Adjusters, LLC ("NCA"), Goldman Sachs Group ("GS Group"), Equifax Information Services, LLC ("Equifax"), and Experian Information Solutions, Inc. ("Experian").

2.    Park was served with Plaintiff's Complaint on or after July 9, 2026. Therefore, this Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

### B.    GROUNDS FOR REMOVAL

3.      The present suit is an action over which the United States District Court, Western District of Kentucky, has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States and may be removed to this Court by Park pursuant to the provisions of 28 U.S.C. § 1446(b). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the FCRA. Thus, removal is proper because Plaintiff's claims present federal questions.

### C.      COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4.      Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court, Western District of Kentucky because it is in the district and division embracing the place where the state court action is pending.

5.      In accordance with 28 U.S.C. § 1446(a), a copy of the docket sheet, all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Park are attached hereto as **Exhibit A**.

6.      All Co-Defendants that have been served—NCA, Equifax, and Experian—consent to this removal. (See **Exhibit B**).

7.      Upon information and belief, based on communications with counsel for Goldman Sachs Group, there is no indication that Goldman Sachs Group was properly served and therefore its consent to removal is not necessary. Counsel for Goldman Sachs Group, however, has indicated that if their client had been served, it would consent to removal.

8.      Park hereby expressly reserves any and all rights available under the Agreement at issue, including, but not limited to, any arbitration provisions, forum selection clauses, and choice of law provisions. Nothing in this Notice of Removal shall be construed as a waiver of any rights under the Agreement.

9.      Promptly after the filing of this Notice of Removal, Park shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Jefferson Circuit Court as required by 28 U.S.C. § 1446(d).

WHEREFORE, Park requests that the above-described action be removed to this Court. Respectfully submitted this 29th day of July 2026.

Respectfully submitted,

*/s/ Natalie L. Whitt*
Sarah Mattingly
Joseph N. Tucker
Natalie L. Whitt
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 581-8034
Sarah.mattingly@dinsmore.com
Joseph.tucker@dinsmore.com
Natalie.whitt@dinsmore.com
*Counsel for Defendant*
*Park Federal Credit Union d/b/a Park*
*Community Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, via CM/ECF, on this 29th day of July 2026, upon all counsel of record, including the following:

David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40202
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

Boyd W. Gentry
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway
First Floor
Dayton, OH 45431
Tel. 937.839.2881
Fax 937.806.4089
bgentry@boydgentrylaw.com
*Counsel for National Credit Adjusters, LLC*

Kenneth A. Foisy
TAFT STETTINIUS & HOLLISTER LLP
50 East RiverCenter Blvd., Suite 850
Covington, KY 41011
Phone: (859) 547-4309
Kfoisy@taftlaw.com
*Counsel for Equifax Information Services, LLC*

Christopher P. Farris
Billings Law Firm, PLLC
145 Constitution Street
Lexington, KY 40507
Phone: (859) 225-5240
cpfarris@blfky.com
*Counsel for Experian Information Solutions, Inc.*

*/s/ Natalie L. Whitt*
*Counsel for Park Federal Credit Union d/b/a Park Community Credit Union*

4