***United States District Court***
***Western District of Kentucky***
***Office of the Clerk***
***601 W. Broadway, Room 106***
***Louisville, Kentucky 40202-2249***
***(502) 625-3500***
***www.kywd.uscourts.gov***

*July 30, 2026*

### NOTICE

Dania Bello Pupo                                                            *Plaintiff*

v.                                                    Jefferson Circuit Case No. 26-CI-005954

Park Community Credit Union, et al.                                        *Defendants*

Notice is hereby given that the above-styled civil action has been removed from the Jefferson Circuit Court and filed in the Western District of Kentucky at Louisville as of July 30, 2026. This action has been assigned to the Honorable Judge David J. Hale, case number 3:26-cv-576-DJH.

Please refer to this case number on all future filings.

Sincerely,
James J. Vilt, Jr., Clerk

By:      /s/ S. Jeffries
Deputy Clerk

cc:      Counsel of Record
Jefferson Circuit Court